No. 96–496. WALTON v. THROGMORTON. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 96–499. CSX TRANSPORTATION, INC. v. ADAMS ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 96–500. WILSON v. BEGAN ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–501. ANDERSON v. MISSISSIPPI ET AL. Sup. Ct. Miss. Certiorari denied.

No. 96–502. BROWN v. VIRGINIA. Ct. App. Va. Certiorari denied.

No. 96–503. TEETS v. CHROMALLOY GAS TURBINE CORP. C. A. Fed. Cir. Certiorari denied.

No. 96–507. GRAHAM v. NIAGARA MOHAWK POWER CORP. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 96–508. PLASSMAN ET UX. v. CITY OF WAUSEON ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–509. PRINGLE v. WOLFE, TOWN JUSTICE OF WALWORTH, ET AL. Ct. App. N. Y. Certiorari denied.

No. 96–510. BLAND ET AL. v. FESSLER ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–512. SCYPTA v. OGLEBAY NORTON CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–513. V–1 OIL CO. v. IDAHO PETROLEUM CLEAN WATER TRUST FUND. Sup. Ct. Idaho. Certiorari denied.

No. 96–514. YAWCZAK v. ACOSTA ET UX. C. A. 9th Cir. Certiorari denied.

No. 96–521. ONE WORLD ONE FAMILY NOW ET AL. v. CITY AND COUNTY OF HONOLULU ET AL. C. A. 9th Cir. Certiorari denied.